Jack E. BUNCH, Petitioner,

v.

DEPARTMENT OF the NAVY,
Respondent.

No. 2010–3143.

United States Court of Appeals,
Federal Circuit.

Sept. 28, 2010.

## ORDER

On August 20, 2010, the court issued a letter allowing Jack E. Bunch ("Bunch") 30 days to notify this court if he had dismissed his petition for review before the Board. Bunch has failed to respond within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.